IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| KLAUS H. BURMEISTER AND ULRIKE BURMEISTER, AS TRUSTEES OF THE BURMEISTER FAMILY TRUST DATED JANUARY 21, 1994,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KAUAʻI, AND DOES 1-50,<br><br>Defendants. | CV 16-00402 LEK-KJM<br>(Other Civil Rights)<br><br>DECLARATION OF STANFORD IWAMOTO |

**DECLARATION OF STANFORD IWAMOTO**

1. I am a Civil Engineer in the Regulatory Compliance Division of the County of Kauaʻi's Public Works Department.

2. In my capacity as a Civil Engineer in the Regulatory Compliance Division, I have been charged with addressing flood zone compliance issue on parcels 34 and 39 owned by the Burmeisters, and have personal and institutional knowledge of official Public Works Department records relating to the same.

3. Structures built before the adoption of federally mandated flood zone building standards are exempt from compliance with the standards. However, if a

"grandfathered" structure is "substantially improved" as defined under the standards, it is required to come into compliance with standards in place at the time of improvement.

4. Exhibit 17, attached hereto, is a true and correct copy of a print out from the County's electronic Plan Tracking System relating to plan review of building permit application 06-783, which pertains to Building #4 on the Burmeisters' property at 4400 Oneone Road.

5. Exhibit 18, attached hereto, is a true and correct copy of a letter from FEMA to then County Engineer Donald Fujimoto dated December 14, 2009, regarding FEMA's August 2009 North Shore NFIP compliance audit.

6. Exhibit 19, attached hereto, is a true and correct copy of the Notice of Apparent Flood Violation, dated September 17, 2010, issued to the Burmeisters relating to Building #4 on TMK (4) 5-8-008:034.

7. Exhibit 20, attached hereto, is a true and correct copy of a letter from FEMA to then County Engineer Larry Dill dated August 6, 2013, relating to outstanding violations from FEMA's 2009 North Shore NFIP compliance audit, in part discussing the rebuilding of Building #4 on the Burmeisters' property post-1992, which triggers the need to comply with flood zone building standards.

8. Exhibit 21, attached hereto, is a true and correct copy of a letter from FEMA to then County Engineer Larry Dill dated August 28, 2014, regarding

outstanding compliance issues remaining from FEMA's 2009 North Shore NFIP compliance audit.

9. Exhibit 22, attached hereto, is a true and correct copy of the "Notice of Apparent Violation" issued to the Burmeisters by the Department of Public Works on July 10, 2015, relating to flood zone building violations associated with Building #4.

10. Following the Department of Public Works issuance of the July 10, 2015, "Notice of Apparent Violation," the Department took no further action to carry out the enforcement of the Notice.

11. Exhibit 23, attached hereto, is a true and correct copy of a letter from FEMA to then County Engineer Larry Dill dated February 11, 2016, noting the County's "substantial effort" in resolving outstanding flood zone violations noticed during FEMA's compliance visit, but also noting the continuing violation on the Burmeister property.

12. Exhibit 24, attached hereto, is a true and correct copy of Investigator's Report Number 2016-002si, dated April 28, 2016, relating to flood zone violation connected to Building #4 on the Burmeisters' property.

13. Exhibit 25, attached hereto, is a true and correct copy of the September 23, 2016, letter from the Department of Public Works to FEMA requesting that FEMA review the Planning Department's 2008 Enforcement

Agreement with the Burmeisters, and issue a determination the Agreement fulfills the intent of the NFIP to the maximum extent possible.

14. Exhibit 26, attached hereto, is a true and correct copy of the October 7, 2016, letter from FEMA to the Department of Public Works stating that "no further action" is required regarding the Burmeisters' property.

15. Exhibit 27 attached hereto, is a true and correct copy of the October 13, 2016, letter from the Department of Public Works to the Burmeisters informing them that given FEMA's October 7, 2016, determination that no further action is required regarding their property, the Department is rescinding the Notice of Violation relating to flood zone violations.

DATED: Līhu'e, Kaua'i, Hawai'i, March 22, 2018.

STANFORD IWAMOTO

Civil Engineer in the Regulatory Compliance Division of the County of Kaua'i's Public Works Department