U.S. Department of Homeland Security
1111 Broadway, Suite 1200
Oakland, CA 94607-4052

FEMA

October 7, 2016

Mr. Michael Moule
Chief of Engineering
County of Kauai
Department of Public Works
4444 Rice Street
Lihue, Kauai
96766-1340

Dear Mr. Moule:

This letter from the United States Department of Homeland Security's Federal Emergency Management Agency (FEMA) is a follow up response to the County's letter dated September 23, 2016 which was an interim status update letter regarding the Burmeister property at 4400/4414 Oneone Road, TMK 5-8-008:034/5-8-008:039. There is now only 1 issue left to resolve for full compliance with the 2003 CAV and 2009 North Shore Compliance audits. **Please deliver the next status update to FEMA by January 7, 2017.**

**1)TMK 5-8-012:007, at 5-7030 Kuhio Highway (structure #2):**
The second structure was built post-FIRM at grade on this property in a VE zone. It appeared to have undergone substantial improvements and appeared to have been used as a vacation rental. County staff conducted a site inspection on the Structure No. 2 on November15, 2012 and confirmed the use as a storage area with a bathroom. The County is in contact with the property owner's lawyers, who state that the bathroom fixtures and water heater have been removed from the structure; photos were provided. The County is still negotiating access to the structure for verification that the bathroom fixtures were removed. The County has also asked the owner's lawyer for the non-conversion agreement and the breakaway wall certification. Kauai has issued a Cease and Desist Order to the owner for failure to renew their NCU Certificate. The owner is appealing. The County is waiting for breakaway wall certification and a signed non-conversion agreement as well as access to verify bathroom fixture removal. **Provide status update.**

2) **TMK 5-8-008:034/5-8-008:039, at 4400/4414 Oneone Road:** There are 5 at-grade structures in a VE zone built on two adjacent lots which are advertised on the internet as vacation rentals at www.halemakaicottages.com. Four of these are pre-FIRM and one is post-FIRM. Records could not be found of the original construction permits of the existing structures in the County's building permit records posted online. The County contended that due to the Iniki Ordinance and the Memorandum of Enforcement and Settlement Agreement (ESA), these 5 structures were allowed to be built back to pre-Iniki conditions, even if they should technically have been "substantial improvements". This is a violation of NFIP regulations (44CFR 60.3(e) 2-5) which must be remedied to the maximum extent possible. The Department of Public Works has submitted the Notice of Violation and file to the Office of the Prosecuting Attorney for enforcement action. FEMA Region 9's attorney reviewed the 2008 Settlement Agreement between the County and the Burmeisters and confirms that it is tantamount to a deed restriction, which is one way to remedy a violation to the maximum extent practicable. **No further action.**

EXHIBIT 26

FEMA recognizes the efforts that the County is expending to remedy these last few violations so they can remain in good standing with the NFIP and to qualify to enter the Community Ratings System, a voluntary program which could save homeowners in Kauai at least $197,160 per year, every year, in flood insurance premiums.

If you have any questions or need technical assistance to address these requirements, please contact me at sarah.owen@fema.dhs.gov or at (510) 627-7050.

Sincerely,

Sarah Cody Owen

Sarah Owen
Natural Hazards Program Specialist

cc: Carol Tyau-Beam, HDLNR, State NFIP Coordinator
Stanford Iwamoto, County of Kauai, DPW Engineering Division
Colby Stanton, Director, FEMA PAO