**Bernard P. Carvalho, Jr.**
Mayor

**Wallace G. Rezentes, Jr.**
Managing Director

**Lyle Tabata**
Acting County Engineer

**DEPARTMENT OF PUBLIC WORKS**
**County of Kaua'i, State of Hawai'i**
4444 Rice Street, Suite 275, Līhu'e, Hawai'i 96766
TEL (808) 241-4992 FAX (808) 241-6604

October 13, 2016

**CERTIFIED MAIL**

Burmeister Family Trust
29 Chancellor Place
Berkeley, CA 94705

SUBJECT: NOTICE OF APPARENT VIOLATION
BUILDING NO. 4 AT 4400 ONEONE ROAD
TMK (4) 5-8-008:034

In 2009 the Federal Emergency Management Agency (FEMA) conducted a floodplain tour of the coastal high hazard areas of Wainiha to assess compliance with the National Flood Insurance Program (NFIP). In connection with this tour FEMA identified structures on TMK (4) 5-8-008:34 that appeared to be noncompliant with the standards of construction required under Kaua'i's Flood Plain Management Ordinance and related federal rules. Prompted by FEMA's findings, the Department of Public Works (DPW) of the County of Kauai issued Notices of Apparent Violation (NOAV) dated September 30, 2010 and July 10, 2015 to the Burmeister Family Trust for Building No. 4 at 4400 Oneone Road. The NOAV were for apparent violations of the Kauai County Code, Title V, Chapter 15, Article 1, "An Ordinance relating to Building and Construction in Flood Prone Areas" also known as the County's Flood Plain Management Ordinance No. 831.

The County Attorney's Office, in cooperation with FEMA, has reviewed a 2008 Settlement Agreement between the Burmeisters and the County Planning Department and concluded that the settlement agreement functions as a deed restriction running with the land, and fulfilling the intent and purpose of the NFIP and the County's Flood Plain Management Ordinance by ensuring compliance with NFIP and County Flood standards to the "maximum extent possible." The settlement agreement ensures that Building #4 may not be improved and will ultimately be removed from its current location.

The Department of Public Works concurs with County Attorney's Office conclusion and hereby rescinds the NOAVs dated September 30, 2010 and July 10, 2015.

If you have any questions or need additional information please contact Stanford Iwamoto of my staff at (808) 241-4896.

Sincerely,

LYLE TABATA
Acting County Engineer

MM/SI

copy: Design and Permitting
County Attorney's Office (Jodi Higuchi/Adam Roversi)
Planning Department (Mike Laureta)
Carlsmith Ball LLP (Erika Amatore)